## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| GEORGE PLUMMER<br><br>v.<br><br>WASHINGTON MUTUAL BANK AS TRUSTEE | CIVIL ACTION NO. 08-2002<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br><br>Kerry Killinger, CEO<br>WASHINGTON MUTUAL<br>1201 3rd Ave<br>Seattle, WA 98101 |

### YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

  ROBERT P. COCCO, P.C.
  1500 WALNUT STREET, SUITE 900
  PHILADELPHIA, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: MAY 15, 2008 |
|---|---|
| (By) Deputy Clerk<br>*[signature]*<br>Angela Peso | |

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | Date 5/27/08 |
| Name of Server  Robert P. Cocco | | Title Atty at Law |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Other (specify): cert. U.S. mail on corporate officer

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct:

Executed on  5/30/08
                Date

Signature of Server

ROBERT P. COCCO, P.C.
1500 WALNUT ST. STE. 900
PHILADELPHIA, PA 19102

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]     Date 5/27/08

Name of Server  Robert P. Cocco     Title Atty at Law

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Other (specify): cert. U.S. mail on corporate officer

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Statement of Service Fees is true and correct.

ROBERT P. COCCO, P.C.
1500 WALNUT ST. STE. 900
PHILADELPHIA, PA 19102

of Civil Procedure.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kerry Killinger, CEO
   WASHINGTON MUTUAL
   1201 3rd Ave
   Seattle, WA 98101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   MAY 27 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 8602 0536

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540