UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GEORGE PLUMMER
        Plaintiff,                    :

    v.

WASHINGTON MUTUAL BANK         :    Civil Action No.: 08-2002
AS TRUSTEE
        Defendant.

## STIPULATION TO SUBSTITUTE PARTY DEFENDANT

IT IS HEREBY STIPULATED by and between the undersigned counsel that the defendant WASHINGTON MUTUAL BANK be dismissed from this action and WM SPECIALTY MORTGAGE, LLC be substituted in its stead as the current holder of the disputed mortgage loan, subject to the Court's approval.

Law Offices of Robert P. Cocco                    Kaplin Stewart Meloff Reiter &
                                                                        Stein, P.C.

By: _____                          By: _____
Robert P. Cocco, Esquire                            Michael P. Coughlin, Esquire
1500 Walnut Street, Suite 900                    910 Harvest Drive
Philadelphia, PA 19102                                 Blue Bell, PA 19422
Attorney for Plaintiff                                        Attorney for Defendant WAMU
Mutual Bank

Order and Approved by the Court:

_____