UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GEORGE PLUMMER
    Plaintiff,          :

  v.

WASHINGTON MUTUAL BANK    :  Civil Action No.: 08-2002
AS TRUSTEE
    Defendant.

## STIPULATION TO SUBSTITUTE PARTY DEFENDANT

IT IS HEREBY STIPULATED by and between the undersigned counsel that the defendant WASHINGTON MUTUAL BANK be dismissed from this action and WM SPECIALTY MORTGAGE, LLC be substituted in its stead as the current holder of the disputed mortgage loan, subject to the Court's approval.

Law Offices of Robert P. Cocco    Kaplin Stewart Meloff Reiter &
                    Stein, P.C.

By: _____  By: _____
Robert P. Cocco, Esquire       Michael P. Coughlin, Esquire
1500 Walnut Street, Suite 900    910 Harvest Drive
Philadelphia, PA 19102      Blue Bell, PA 19422
Attorney for Plaintiff       Attorney for Defendant WAMU
Mutual Bank

Order and Approved by the Court:

_____
7-7-08