UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE PLUMMER,<br>          Plaintiff<br><br>v.<br><br>WM SPECIALTY MORTGAGE, LLC<br>AS TRUSTEE<br>          Defendant | :<br>:<br>:<br>:    No. 08-cv-2002<br>:<br>:<br>:<br>: |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant, WM Specialty Mortgage, LLC (**"WM Specialty"**) hereby answers the Complaint of Plaintiff, George Plummer (**"Plaintiff"**), as follows:

### AS TO "JURISDICTION AND VENUE"

1-2. Denied. These are conclusions of law to which no responses are required.

### AS TO "PARTIES"

3. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matters asserted.

4. Denied. Ameriquest Mortgage Company (**"Ameriquest"**) has a place of business at 1100 Town and Country Road, Suite 1200, Orange, CA 92868. The remaining allegations are denied.

5. Washington Mutual Bank has been dismissed from this action pursuant to a Stipulation of the parties and Court Order dated July 7, 2008.

6. Denied. This is a conclusion of law to which no response is required.

### AS TO "FACTUAL ALLEGATIONS"

7. Denied. Closing (**"Closing"**) occurred on or about January 18, 2005.

8.　　Admitted in part, denied in part. It is admitted that Plaintiff executed a mortgage dated December 13, 2002. The remaining allegations are denied.

9.　　Denied.

10.　　Denied. This is a conclusion of law to which no response is required.

11.　　Denied. These are conclusions of law to which no response are required.

12-14.　　Denied.

15.　　Admitted in part, denied in part. It is admitted that ACC Capital Holdings Corporation wrote a February 7, 2008 letter to Plaintiff's counsel and that a copy of that letter is attached as Exhibit "B" to the Complaint. The remaining allegations are denied in that they seek to characterize the contents of that letter which is in writing and therefore speaks for itself.

## AS TO "CAUSE OF ACTION – TILA RESCISSION"

16-17.　　Denied. These are conclusions of law to which no responses are required.

13.　　[numbered improperly by Plaintiff, should be "18"]. Denied. This is a conclusion of law to which no response is required.

16.　　[numbered improperly by Plaintiff, should be "19"]. Denied. This is a conclusion of law to which no response is required.

17.　　[numbered improperly by Plaintiff, should be "20"]. Denied. This is a conclusion of law to which no response is required.

**WHEREFORE,** Defendant, WM Specialty Mortgage, LLC, respectfully requests the Court to enter judgment in its favor and against Plaintiff, George Plummer, plus reasonable attorneys' fees and costs of suit.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

21. All paragraphs above are incorporated herein by reference.

22. Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

23. Plaintiff's claims against Defendant are barred or limited by the doctrines of waiver, estoppel or laches.

### THIRD AFFIRMATIVE DEFENSE

24. Plaintiff's claims are barred or limited by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

25. Plaintiff's claims are barred or limited by the doctrines of comparative negligence, contributory negligence, or assumption of the risk.

### FIFTH AFFIRMATIVE DEFENSE

26. Plaintiff's claims are barred by the terms of the Mortgage and related documents executed at Closing.

### SIXTH AFFIRMATIVE DEFENSE

27. Plaintiff's claims are barred because Plaintiff was provided with all material disclosures at Closing.

### SEVENTH AFFIRMATIVE DEFENSE

28. Plaintiff's claims are barred because Plaintiff executed a copy of the Notice of Right to Cancel at Closing and has acknowledged receipt of that document.

## EIGHTH AFFIRMATIVE DEFENSE

29.     Plaintiff's claims are barred or limited by the provisions of the Truth in Lending Act, 15 U.S.C. §1600 et seq.

## NINTH AFFIRMATIVE DEFENSE

29.     Plaintiff's claims are barred or limited by the rate regulations promulgated by the Title Insurance Rating Bureau of Pennsylvania.

**WHEREFORE,** Defendant, WM Specialty Mortgage, LLC, respectfully requests the Court to enter judgment in its favor and against Plaintiff, George Plummer, plus reasonable attorneys' fees and costs of suit.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:     /s/ Michael P. Coughlin
MICHAEL P. COUGHLIN, ESQUIRE
Attorney I.D. No. 43793
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA  19422
Telephone:  (610) 941-2456
Facsimile:  (610) 684-2009
mcoughlin@kaplaw.com
Attorneys for Defendant, WM Specialty Mortgage LLC

Dated:  July 25, 2008

IMAN_BB 1317975v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of "Defendant's Answer to Plaintiff's Complaint with Affirmative Defenses" was caused to be served electronically by the undersigned, on the date stated below, to the addressee stated below and at the address stated below:

> Robert P. Cocco, Esquire
> Robert P. Cocco, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA  19102

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By: **/s/ Michael P. Coughlin**
    MICHAEL P. COUGHLIN, ESQUIRE

Dated:  July 25, 2008