UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

George Plummer                              :
                                            :
        v.                                  :         Civil Action
                                            :         No: 2:08-cv-02002
WM Specialty Mortgage, LLC                  :

## DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, __WM Specialty Mortgage, LLC__,
      in the above listed civil action does not have any parent corporation and
      publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____,
      in the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

      _____
      _____
      _____
      _____

__8/6/08__                            __/s/ Michael P. Coughlin, Esquire__
   Date                                          Signature

              Counsel for: __WM Specialty Mortgage, LLC__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)  promptly file a supplemental statement upon any change in the information that the statement requires.