# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02002−BMS

| | |
|---|---|
| PLUMMER v. DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE<br>Assigned to: HONORABLE BERLE M. SCHILLER<br>Cause: 15:1640 Truth in Lending | Date Filed: 04/28/2008<br>Jury Demand: None<br>Nature of Suit: 371 Truth in Lending<br>Jurisdiction: Federal Question |

**Plaintiff**

**GEORGE PLUMMER**   represented by   **ROBERT P. COCCO**
LAW OFFICES OF ROBERT P. COCCO PC
1500 WALNUT ST., STE 900
PHILADELPHIA, PA 19102
215−351−0200
Fax: 215−922−3874
Email: rcocco@rcn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE**
*TERMINATED: 05/14/2008*

**Defendant**

**WASHINGTON MUTUAL BANK AS TRUSTEE**
*TERMINATED: 07/07/2008*

**Defendant**

**WM SPECIALTY MORTGAGE, LLC**   represented by   **MICHAEL P. COUGHLIN**
KAPLIN STEWART MELOFF REITER &STEIN
350 SENTRY PARKWAY
BLDG. 640
P.O. BOX 3037
BLUE BELL, PA 19422
610−941−2456
Fax: 610−260−1240
Email: mcoughlin@kaplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/28/2008 | 1 | COMPLAINT against DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE ( Filing fee $ 350 receipt number 947882.), filed by GEORGE PLUMMER.(ti, ) (Entered: 04/29/2008) |
| 04/28/2008 | | Summons Issued as to DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE. One Original Forwarded To: Counsel on 4/29/08 (ti, ) (Entered: 04/29/2008) |
| 05/14/2008 | 2 | FIRST AMENDED COMPLAINT against WASHINGTON MUTUAL BANK AS TRUSTEE, filed by GEORGE PLUMMER. (Attachments: # 1 Exhibit, # 2 Exhibit)(ap, ) (Entered: 05/15/2008) |
| 05/15/2008 | | Original Summons Issued as to WASHINGTON MUTUAL BANK AS TRUSTEE. Forwarded To: Counsel on 5/15/2008 (ap, ) (Entered: 05/15/2008) |
| 06/02/2008 | 3 | SUMMONS Returned Executed by GEORGE PLUMMER re: Robert P Cocco served Summons and Complaint upon WASHINGTON MUTUAL BANK AS TRUSTEE by US certified mail upon corporate officer. WASHINGTON MUTUAL BANK AS TRUSTEE served on 5/27/2008, answer due 6/16/2008. (COCCO, ROBERT) (Entered: 06/02/2008) |
| 07/06/2008 | 4 | STIPULATION re 2 Amended Complaint *to substitute the current named defendant for the current holder of the disputed mortgage loan* by GEORGE PLUMMER. (COCCO, ROBERT) Modified on 7/7/2008 (afm, ). (FILED IN ERROR BY ATTORNEY, FORWARDED TO JUDGE FOR APPROVAL). (Entered: 07/06/2008) |
| 07/07/2008 | 5 | STIPULATION AND ORDER THAT DEFENDANT WASHINGTON MUTUAL BANK BE DISMISSED FROM THIS ACTION AND WM SPECIALTY MORTGAGE, LLC BE SUBSTITUTED IN ITS STEAD AS THE CURRENT HOLDER OF THE DISPUTED MORTGAGE LOAN. WM SPECIALTY MORTGAGE, LLC ADDED. WASHINGTON MUTUAL BANK AS TRUSTEE TERMINATED., ATTORNEY MICHAEL P. COUGHLIN for WM SPECIALTY MORTGAGE, LLC ADDED.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 7/7/2008. 7/7/2008 ENTERED AND COPIES MAILED, E−MAILED.(ap, ) (Entered: 07/07/2008) |
| 07/25/2008 | 6 | ANSWER to 2 Amended Complaint *With Affirmative Defenses* by WM SPECIALTY MORTGAGE, LLC with Certificate of Service.(COUGHLIN, MICHAEL) Modified on 7/28/2008 (le, ). (Entered: 07/25/2008) |
| 07/25/2008 | 7 | MOTION to Stay filed by WM SPECIALTY MORTGAGE, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(COUGHLIN, MICHAEL) (Entered: 07/25/2008) |
| 08/06/2008 | 8 | Disclosure Statement Form pursuant to FRCP 7.1 by WM SPECIALTY MORTGAGE, LLC.(COUGHLIN, MICHAEL) (Entered: 08/06/2008) |
| 08/25/2008 | 9 | Certified Copy of Transfer Order dated 8/1/2008 transferring case to Northern District of Illinois (ap, ) (Entered: 08/25/2008) |